UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KMART CORPORATION,                                    Civil Action No.04-40342

                        Plaintiff,                    District Judge Paul V. Gadola
              vs.                                     Magistrate Judge Virginia M. Morgan

ARREVA, INC, et al,

                        Defendant.
_____/

## ORDER CANCELING MOTION HEARING

Before the court is Defendant Mayville's Motion for Extension of Stay, for

Protective Order, and to Compel Kmart's Compliance with portions of Magistrate

Judge's Order (D/E 98), filed November 22, 2005.

Having reviewed the motion, the court sees no need for oral argument.

Therefore, in accordance with Local Rule 7.1(e)(2), the Court is dispensing with oral

argument.

IT IS HEREBY ORDERED that the motion hearing scheduled for Wednesday,

January 4, 2006 at 10:30 a.m. is CANCELED.   The motion will be decided on the papers.

SO ORDERED

Dated: December 28, 2005              s/Virginia M. Morgan
                                      Virginia M. Morgan
                                      United States Magistrate Judge

Copies sent by U. S. Mail and/or electronic means this date to:
Jennifer Buckley, Mary Deon, Brian Etzel, Jonthan W. Fountain, Michael Groebe, Michael Hartmann,
Frederick Juckiness, Brian Levine, Matthew Lund, David Mendelson, and Timothy Wittllinger