UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KMART CORPORATION,

        Plaintiff,                      CIVIL ACTION NO. 04 CV 40342 FL

        v.                               DISTRICT JUDGE PAUL V. GADOLA

AREEVA, INC., a Nevada corporation,     MAGISTRATE JUDGE VIRGINIA MORGAN
AN DREW FACCA, FABIO CESCA,
and WILLIAM MAYVILLE,

        Defendants.
_____/

## ORDER REQUIRING *PRO SE* DEFENDANT TO FILE ADDRESS

Pepper Hamilton LLC has withdrawn as counsel. Defendant Mayville is thus unrepresented. In order for the court to serve him with pleadings, Mr. Mayville IS ORDERED to file with the court his address and phone number where the court may serve pleadings and when he can be contacted.

        SO ORDERED.

                                                s/Virginia M. Morgan
                                                VIRGINIA M. MORGAN
                                                UNITED STATES MAGISTRATE JUDGE

Dated:  January 13, 2006

---

## PROOF OF SERVICE

The undersigned certifies that the foregoing order was served upon counsel of record via the Court's ECF System and/or U. S. Mail on January 13, 2006.

                                                s/Jennifer Hernandez
                                                Case Manager to
                                                Magistrate Judge Virginia M. Morgan